518 A.2d 264

**In re INVESTIGATING GRAND JURY OF NOVEMBER 28, 1978, APPLICATION OF STEPAN CHEMICAL, et al.**

**Appeals of APOLLO METALS, INC., Congoleum Corporation, CPS Chemical Company, Durabond Product Company, Gates Engineering Company and Precision Tube Company (at No. 121), and City of Philadelphia (at No. 122).**

Supreme Court of Pennsylvania.

Argued Dec. 2, 1986.

Decided Dec. 5, 1986.

Bertram A. Stone, for Appollo Metals, Inc.

Patrick T. Ryan, Bonnie Allyn Barnett, Philadelphia, for Congoleum Corp.

Lee W. Shelly, James J. Donohue, Philadelphia, for CPS Chemical Co.

Denis V. Brenan, Philadelphia, for Durabond Prod. Co.

Michael H. Malin, Philadelphia, for Gates Engineering Co.

Clayton H. Thomas, Jr., Philadelphia, for Precision Tube Co.

Handsel B. Minyard, City Sol., Frederick C. Bader, Denise D. Colliers, Philadelphia, for City of Philadelphia.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This Court having assumed plenary jurisdiction of these matters by Order dated October 9, 1986, and it appearing after argument and review that no underlying case or controversy is pending in the courts of this Commonwealth, the Order of the Court of Common Pleas of Philadelphia, Trial Division, Criminal Section, entered July 22, 1986, at Misc. No. 789–13757, C–6, is hereby vacated.